*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


★ ★ ★       ★ ★ ★



# MEMORANDUM OPINION

No. 04-08-00423-CR

**IN RE** Taurus **BROWN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   July 23, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On June 13, 2008, relator Taurus Brown filed a petition for a writ of mandamus and a motion for leave to file a petition for a writ of mandamus. We construe the petition as raising a complaint regarding time-served credit. Section 501.0081 of the Texas Government Code sets forth the proper procedure to be followed in resolving complaints regarding time-served credit. *See* TEX. GOV'T CODE ANN. § 501.0081 (Vernon 2004); *see also Ex parte Whiteside*, 12 S.W.3d 819, 824 (Tex. Crim. App. 2000) (Johnson, J., concurring). Brown is not entitled to the relief sought in a mandamus proceeding in this court. Therefore, the petition is denied. *See* TEX. R. APP. P. 52.8(a). A motion for

---

[1]This proceeding arises out of Cause No.04-02-00012-CRK, styled *State of Texas v. Taurus Brown*, filed in the 218th Judicial District Court, Karnes County, Texas.

leave to file a petition for a writ of mandamus is unnecessary in this court. *See* TEX. R. APP. P. 52.1.

Therefore, the motion is denied as moot.

PER CURIAM

DO NOT PUBLISH